# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-21-00274-CV

**J. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-008196, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on June 24, 2021. By request to this Court dated July 6, 2021, Carissa Crocker requested an extension of forty-three (43) days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Crocker is hereby ordered to file the reporter's record in this case on or before July 19, 2021. If the record is not filed by that date, Crocker may be required to show cause why she should not be held in contempt of court.

It is ordered on July 8, 2021.


Before Chief Justice Byrne, Justices Triana and Kelly